UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA L. FRIEDEBERG,

                Plaintiff,

-against-

ANTHEM BLUE CROSS AND BLUE SHIELD,

                Defendant.

25-CV-8247 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against Anthem Blue Cross and Blue Shield. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendant. That case is presently pending under docket number ECF 1:25-CV-8228. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number ECF 1:25-CV-8228.

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative of the pending complaint in ECF 1:25-CV-8228.

SO ORDERED.

Dated:    October 9, 2025
            New York. New York

                                        /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                    Chief United States District Judge